JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARESSA S. BARRAGAN,<br><br>             Plaintiff,<br><br>        v.<br><br>ISU OFFICER MCEWEN; ISU OFFICER J. BEST; and A. SIMMONS, Visiting Officer,<br><br>             Defendants. | Case No. 2:25-cv-05398-SPG-JC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, (ECF No. 1 ("Complaint")); the Motion to Dismiss Complaint, (ECF No. 16); the records on file; and the Report and Recommendation of the United States Magistrate Judge, (ECF No. 20 ("Report")).  No objection to the Report has been filed.  The Court accepts the findings and recommendations of the Report.

For the foregoing reasons, IT IS ORDERED that:

1. Defendants ISU Officer McEwen, ISU Officer J. Best[1], and Visiting Officer A. Simmons's (collectively, "Defendants") Motion to Dismiss Complaint is GRANTED;

---

[1] Defendant ISU Officer J. Best and J. Hackett are the same individual.

2. The Complaint and this action are dismissed without prejudice; and

3. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: December 18, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE